EASTERN DIST.
*March*, 1840.

MUNICIPALITY NO. ONE *vs.* BROTHERS.

MUNICIPALITY
NO. ONE
*vs.*
BROTHERS.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF
NEW-ORLEANS.

The sale of a lot in New-Orleans, *before* the division of the city into municipalities, cannot be enforced or rescinded by the municipality in which the property is situated. This right can only be exercised by the Mayor, and commissioners of the sinking fund.

This is an action by Municipality No. One, to rescind the sale of a lot situated *within its limits*, to the defendant, on the ground that he has not complied with the terms of sale ; and that since the division of the city, the property reverts to the municipality in which it is situated. They pray for a rescission of the sale.

The defendant pleaded a general denial ; averred that the sale and adjudication gave him a good and valid title to the lot in question ; and that he had on his part been always ready to comply with the terms of sale.

On these issues, and testimony relating to the compliance with the terms of sale, the parish judge was of opinion the defendant was not in fault, and that the plaintiffs on the other hand, had no right to sue. There was judgment for the defendant, and the plaintiffs appealed.

The cause was submitted by the attorney for the municipality.

*Schmidt,* for the defendant, relied on the decision in 13 *Louisiana Reports,* in the case of the *same plaintiffs* vs. *Barnet.*

*Bullard, J.,* delivered the opinion of the court.

This case is the same as that of the same plaintiff against Barnet, in all essential particulars, and involves the same questions of law, *see* 13 *Louisiana Reports,* 344. No new arguments have been advanced to us, and we have seen no grounds for a change of opinion.

The judgment of the Parish Court, is, therefore, affirmed, with costs.